IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL P. CODY,** | ) | |
| **KELLI CODY,** | ) | No. 09 B 47889 |
| | ) | |
| Debtor(s). | ) | |

**N O T I C E**

TO:   Office of U.S. Trustee, Via CM/ECF System
      Richard J. Mason, Via CM/ECF System

PLEASE TAKE NOTICE that on the 6th day of January, 2010, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF,** Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 744, U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/   JOSEPH E. COHEN
JOSEPH E. COHEN
105 W. Madison St., Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

JOSEPH E. COHEN, on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above, by electronic system, this 31st day of December, 2009.

/s/   JOSEPH E. COHEN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL P. CODY,** | ) | |
| **KELLI CODY,** | ) | No. 09 B 47889 |
| | ) | |
| Debtor(s). | ) | |

### MOTION TO EXTEND DATE TO FILE SCHEDULES, STATEMENT OF AFFAIRS AND RELATED DOCUMENTS

TO THE HONORABLE **EUGENE R. WEDOFF,**
   BANKRUPTCY JUDGE

Now comes MICHAEL P. CODY and KELLI CODY, by and through their Attorneys, JOSEPH E. COHEN and COHEN & KROL, and respectfully represents unto this Honorable Court as follows:

1. That a voluntary Chapter 7 petition was filed on behalf of the above-named Debtors on December 18, 2009.

2. That the Debtors herein are still gathering the necessary information for the Schedules and Statement of Affairs. They will meet with their Attorney shortly.

3. That the Debtors, therefore, need an additional period of time in which to comply with the filing of said Schedules and Statement of Affairs.

4. That the Meeting of Creditors for the above-referenced Debtors is scheduled for January 29, 2010.

WHEREFORE, MICHAEL P. CODY and KELLI CODY, Debtors herein, pray for the entry of an Order granting them until January 14, 2010 to file their Schedules, Statement of Affairs and related documents, and for such other and further relief as the Court shall deem proper.

                                      MICHAEL P. CODY & KELLI CODY,
                                      Debtors


                              BY:   /s/   JOSEPH E. COHEN
                                        One of Attorneys for Debtor

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300